BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant CRUZ-MORA

*E-FILED - 4/20/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 09-00256-RMW |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| v. | ) | **HEARING; [] ORDER** |
| JOSE LUIS CRUZ-MORA, | ) | |
| Defendant. | ) | |

    Defendant, Jose Luis Cruz-Mora by and through his attorney Nicholas P. Humy, and the United States, by and through Assistant United States Attorney Chad Mandell, hereby stipulate and agree to request that the Court continue the status conference currently set for Monday, April 13, 2009, in the above captioned matter to Monday, April 20, 2009 at 9:00 a.m.  The continuance is necessary due to the unavailability of counsel for Mr. Cruz-Mora.

    The parties further agree and stipulate that time should be excluded from and including April 13, 2009 through and including April 20, 2009, for continuity of defense counsel, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv).  Accordingly, the United States and

///

///

STIPULATION TO CONTINUE HEARING;
[] ORDER
CR 09-00256-RMW

1

1  the defendant agree that granting the requested exclusion of time will serve the interest of justice
2  and outweigh the interest of the public and defendant in a speedy trial.

3

4  Dated: 4/10/09                                 _____/s/_____
                                                  NICHOLAS P. HUMY
5                                                 Assistant Federal Public Defender

6
   Dated: 4/10/09                                 _____/s/_____
7                                                 CHAD MANDELL
                                                  Assistant United States Attorney
8

9

10                                          **ORDER**

11       The parties have requested a continuance of the status conference set for Monday, April
12  13, 2009 due to the unavailability of defense counsel.
13       GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date
14  presently set for Monday, April 13, 2009 be continued to Monday, April 20, 2009 at 9:00 a.m.
15       IT IS FURTHER ORDERED, that the time between April 13, 2009 through
16  April 20, 2009, shall be excluded for continuity of defense counsel, pursuant to Speedy Trial
17  Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv).
18       IT IS SO ORDERED.

19
20  Dated: 4/20/09                                 _____
                                                   RONALD M. WHYTE
21                                                 United States District Judge

22

23

24

25

26

STIPULATION TO CONTINUE STATUS
CONFERENCE; [] ORDER
CR 09-00256-RMW                          2