JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

CHAD M. MANDELL (ILBN 6286783)
Special Assistant United States Attorney

*E-FILED - 12/23/09*

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5059
   Facsimile: (408) 535-5066

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> JOSE LUIS CRUZ-MORA, ) <br> ) <br>     Defendant. ) <br> _____ ) | CR 09-00256 RMW <br><br> STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING FROM FEBRUARY 8, 2010 TO MARCH 8, 2010. |

    Counsel for the UNITED STATES and Counsel for JOSE LUIS CRUZ-MORA, the defendant, stipulate that the date set for judgement and sentencing in the above-captioned matter should be continued from February 8, 2010 to March 8, 2010, at 9:00 a.m., before the Honorable Ronald M. Whyte, U.S. District Court Judge.

//

//

//

//

1 | The parties agree that this continuance is necessary as counsel for the defense has conflicts with
2 | the February 8, 2010 hearing.

5 | Dated this 11th day of December, 2009.    /s/
                                              CHAD M. MANDELL
6 |                                           Special Assistant U.S. Attorney

9 | Dated this 11th day of December, 2009     /s/
                                              ALEX PARK
10 |                                          Counsel for Mr. Cruz-Mora

11 | GOOD CAUSE APPEARING,

13 |         IT IS ORDERED that the date set for the sentencing hearing set for February 8,
14 | 2010 be continued for sentencing to March 8, 2010 at 9:00 a.m.
15 |         Dated this  23  day of December, 2009

_____
RONALD M. WHYTE
United States District Judge

2